IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIO ROJEL URBINA MIRANDA, a/k/a "MRU," and<br><br>RAFAEL ANTONIO PINEDA SANTOS, a/k/a "Tony Santos" and "Tony Pineda,"<br><br>*Defendants.* | Case No. 1:14-CR-135 |

ORDER

Upon the motion by the United States to unseal the arrest warrants for defendants Mario Rojel Urbina Miranda, a/k/a "MRU," and Rafael Antonio Pineda Santos, a/k/a "Tony Santos" and "Tony Pineda"; and for good cause shown, it is hereby

ORDERED that the motion of the United States is granted; and it is further

ORDERED that the arrest warrants for these two defendants be and are hereby unsealed.

The Office of the Clerk of Court is directed to provide a copy of the arrest warrants for the above-named defendants to the U.S. Attorney's Office, to the attention of counsel of record for the government.

IT IS SO ORDERED.

_____
The Honorable Liam O'Grady
United States District Judge

Date: April 26, 2021
Alexandria, Virginia