9512958

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
Rafael Antonio Pineda Santos
a/k/a "Tony Santos" and "Tony Pineda"

Defendant

Case No. 1:14cr135

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Rafael Antonio Pineda Santos a/k/a "Tony Santos" and "Tony Pineda",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to distribute five kilograms or more of cocaine, Conspiracy to distribute five kilograms or more of cocaine knowing and intending that it will be unlawfully imported into the United States, a Schedule II controlled substance and Conspiracy to engage in money laundering.

Date: 04/17/2014

_____
*Issuing officer's signature*

City and state: Alexandria, VA

Kathy Roberts - Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/17/14, and the person was arrested on *(date)* 5/3/2022
at *(city and state)* STERLING, VA.

Date: 5/4/2022

_____
*Arresting officer's signature*

TFO JOHN ELIFF
*Printed name and title*

Approved by AUSAs Lisa Owings and Dennis M. Fitzpatrick